IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 96-540-2 |
| | : | |
| JOSE JUAN ARANA | : | |
| USM#50226-066 | : | |

FILED
FEB 20 2015

ORDER

AND NOW this 19th day of FEBRUARY, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 235 months, effective November 1, 2015.

BY THE COURT:

_Jan E. DuBois_
The Honorable Jan E. DuBois
Senior United States District Court Judge